**FEDERAL COURT PROOF OF SERVICE**
FMG, Inc. dba Hadley Tow v. Nationwide Mutual Insurance Company, et al.
U.S. DISTRICT COURT – CENTRAL DISTRICT

Re: DEFENDANT NATIONWIDE MUTUAL INSURANCE COMPANY'S NOTICE OF REMOVAL TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1332(a) AND 1441(b); CERTIFICATE OF INTERESTED PARTIES

# EXHIBIT "A"

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4857-1634-3062.1

Case 2:22-cv-01728-RGK-KS Document 1-1 Filed 03/16/22 Page 2 of 11 Page ID #:9
Electronically FILED by Superior Court of California, County of Los Angeles on 09/17/2021 11:15 AM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Clifton, Deputy Clerk
21STCV34356

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

NATIONWIDE MUTUAL INSURANCE COMPANY, and DOES 1 THROUGH 100

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

F.M.G., INC. dba HADLEY TOW

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (*www.sucorte.ca.gov*), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (*www.lawhelpcalifornia.org*), en el Centro de Ayuda de las Cortes de California, (*www.sucorte.ca.gov*) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
*(El nombre y dirección de la corte es):*

Los Angeles Superior Court 111 N. Hill Street, Los Angeles, CA 90012

CASE NUMBER: *(Número del Caso):*
21STCV34356

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Neil C. Evans (#105669) 13351 D Riverside Drive, Ste. 612, Sherman Oaks, CA 91423 (818) 802-8333

DATE: 09/17/2021   Sherri R. Carter Executive Officer / Clerk of Court   Clerk, by R. Clifton, Deputy
*(Fecha)*   *(Secretario)*   *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010)*.)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☐ on behalf of *(specify)*:
   under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
          ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Page 1 of 1
Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[ Print this form ]   [ Save this form ]   [ Clear this form ]

Electronically FILED by Superior Court of California, County of Los Angeles on 09/17/2021 11:15 AM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Clifton,Deputy Clerk
21STCV34356
Assigned for all purposes to: Stanley Mosk Courthouse, Judicial Officer: William Fahey

NEIL C. EVANS (#105669)
LAW OFFICES OF NEIL C. EVANS
13351 D Riverside Drive, Ste. 612
Sherman Oaks, CA 91423
Tel: (818) 802-8333
Fax: (213) 406-1231

Attorneys for PLAINTIFF
F.M.G., INC. dba HADLEY TOW

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| F.M.G., INC. dba HADLEY TOW,<br><br>PLAINTIFF,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>DEFENDANTS. | Case No.: 21STCV34356<br><br>**COMPLAINT FOR BREACH OF CONTRACT AND DECLARATORY RELIEF** |

PLAINTIFF ALLEGES:

1. Plaintiff F.M.G., INC. dba HADLEY TOW ("PLAINTIFF") is, and at all times mentioned herein was, a California corporation authorized to do and doing business in the County of Los Angeles, State of California.

2. Defendant NATIONWIDE MUTUAL INSURANCE COMPANY ("NATIONWIDE") was, and at all times mentioned herein was, an insurance company doing business in the County of Los Angeles, State of California.

3. Plaintiff names as fictitious unknown Defendants DOES 1 through 100, inclusive, who are persons or entities who are in some way responsible and/or

involved as partner, joint venturer, business associate, affiliate, or other co-conspirator with the other Defendants. Plaintiff does not know their names or identities at this time. Plaintiff will seek leave to amend this Complaint and identify the DOE Defendants by their real names once they are discovered and/or identified.

4. Each of the Defendants are the partners, joint venturers, business associates, affiliates, related entity, or other co-conspirator with the other Defendants, and are each responsible for the acts of the other Defendants herein.

## FIRST CAUSE OF ACTION FOR BREACH OF CONTRACT
## [AGAINST ALL DEFENDANTS]

5. Plaintiff repeats and realleges each of its allegations and things set forth in paragraphs 1 through 4, above, inclusive, and incorporates the same herein by this reference.

6. Prior to December 31, 2014, Plaintiff on the one hand, and Defendant NATIONWIDE on the other, entered into a written insurance contract, whereby NATIONWIDE PROVIDED COMMERCIAL PROPERTY AND CASUALTY INSURANCE to Plaintiff in exchange for the payment of insurance premiums, as to the real property located at 12793 Garvey Avenue, Baldwin Park, California 91706 as Policy No.: H7A2CP0000006100 ("the Policy").

7. On December 31, 2014, a fire loss occurred which was covered by that Policy. Plaintiff timely reported this fire loss to Defendant NATIONWIDE. The subject property suffered substantial losses, well in excess of $500,000, as a result of this covered insured event.

8. As of the date of filing of this Complaint, NATIONWIDE has not made a coverage decision or paid the benefits due under the Policy.

9. Plaintiff has performed all of its obligations under the Policy, except to the extent that its obligations have been prevented or excused by Defendants.

10. Defendants, including NATIONWIDE, have breached the Policy by failing

2

and refusing to make a coverage decision and/or pay the benefits due under the Policy.

11. Plaintiff has suffered damages as a direct, proximate and foreseeable result of the foregoing breach of contract, in excess of $500,000.00.

## SECOND CAUSE OF ACTION FOR DECLARATORY RELIEF
## [AGAINST ALL DEFENDANTS]

12. Plaintiff repeats and realleges each of its allegations and things set forth in paragraphs 1 through 11, above, inclusive, and incorporates the same herein by this reference.

13. An actual controversy now exists and is ripe for adjudication as to the obligations of Defendants under the Policy. Plaintiff contends that Defendants, including NATIONWIDE, have an obligation to pay benefits under the Policy for the Fire Loss. Defendants dispute these contentions, and contend that Plaintiff has no rights under the Policy as to this Fire Loss.

14. The dispute is ripe for adjudication and by resolving this dispute through this proceeding, Plaintiff will avoid a multiplicity of actions to resolve the issues raised by this Policy dispute.

WHEREFORE, PLAINTIFF PRAYS FOR RELIEF AS FOLLOWS:

1. On the First Cause of Action, for
   a. Damages according to proof;
2. On the Second Cause of Action for a Declaration that Defendants have an Obligation to provide coverage and benefits under the Policy for the subject Fire Loss.

3

Dated: September 1, 2021

        LAW OFFICES OF NEIL C. EVANS

          /S/ NEIL C. EVANS

By---------------------------------
    NEIL C. EVANS

ATTORNEYS FOR PLAINTIFF
F.M.G., INC. dba HADLEY TOW

4

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Stanley Mosk Courthouse<br>111 North Hill Street, Los Angeles, CA 90012 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>09/17/2021<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: R. Clifton, Deputy |
| NOTICE OF CASE ASSIGNMENT<br>UNLIMITED CIVIL CASE | |
| Your case is assigned for all purposes to the judicial officer indicated below. | CASE NUMBER:<br>21STCV34356 |

### THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

| | ASSIGNED JUDGE | DEPT | ROOM | | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|---|---|
| ✔ | William F. Fahey | 69 | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record     Sherri R. Carter, Executive Officer / Clerk of Court

on 09/17/2021
   (Date)                                                                                         By R. Clifton                          , Deputy Clerk

LACIV 190 (Rev 6/18)         **NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**
LASC Approved 05/06

## INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the California Rules of Court, Title 3, Division 7, as applicable in the Superior Court, are summarized for your assistance.

### APPLICATION
The Division 7 Rules were effective January 1, 2007. They apply to all general civil cases.

### PRIORITY OVER OTHER RULES
The Division 7 Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

### CHALLENGE TO ASSIGNED JUDGE
A challenge under Code of Civil Procedure Section 170.6 must be made within 15 days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

### TIME STANDARDS
Cases assigned to the Independent Calendaring Courts will be subject to processing under the following time standards:

### COMPLAINTS
All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days.

### CROSS-COMPLAINTS
Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed. Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

### STATUS CONFERENCE
A status conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint. Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

### FINAL STATUS CONFERENCE
The Court will require the parties to attend a final status conference not more than 10 days before the scheduled trial date. All parties shall have motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested form jury instructions, special jury instructions, and special jury verdicts timely filed and served prior to the conference. These matters may be heard and resolved at this conference. At least five days before this conference, counsel must also have exchanged lists of exhibits and witnesses, and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Three of the Los Angeles Superior Court Rules.

### SANCTIONS
The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Three Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Three Rules. Such sanctions may be on a party, or if appropriate, on counsel for a party.

**This is not a complete delineation of the Division 7 or Chapter Three Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction. Careful reading and compliance with the actual Chapter Rules is imperative.**

### Class Actions
Pursuant to Local Rule 2.3, all class actions shall be filed at the Stanley Mosk Courthouse and are randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be a class action it will be returned to an Independent Calendar Courtroom for all purposes.

### *Provisionally Complex Cases
Cases filed as provisionally complex are initially assigned to the Supervising Judge of complex litigation for determination of complex status. If the case is deemed to be complex within the meaning of California Rules of Court 3.400 et seq., it will be randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be complex, it will be returned to an Independent Calendar Courtroom for all purposes.

LACIV 190 (Rev 6/18)　　**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**
LASC Approved 05/06

## CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:** 21STCV34356

F.M.G., INC. DBA HADLEY TOW VS NATIONWIDE MUTUAL INSURANCE COMPANY

**Filing Courthouse:** Stanley Mosk Courthouse

**Filing Date:** 09/17/2021
**Case Type:** Contract/Warranty Breach - Seller Plaintiff (no fraud/negligence) (General Jurisdiction)
**Status:** Pending

Click here to access document images for this case
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

02/18/2022 at 08:30 AM in Department 69 at 111 North Hill Street, Los Angeles, CA 90012
Order to Show Cause Re: Failure to File Proof of Service

02/18/2022 at 08:30 AM in Department 69 at 111 North Hill Street, Los Angeles, CA 90012
Case Management Conference

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

EVANS NEIL C. - Attorney for Plaintiff

F.M.G. INC. DBA HADLEY TOW - Plaintiff

NATIONWIDE MUTUAL INSURANCE COMPANY - Defendant

## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Documents Filed (Filing dates listed in descending order)**
01/19/2022 Minute Order ( (Order to Show Cause Re: Failure to File Proof of Service))
Filed by Clerk

09/24/2021 Certificate of Mailing for (Department 69 Online Courtroom Information)
Filed by Clerk

09/24/2021 Order to Show Cause Failure to File Proof of Service
Filed by Clerk

09/24/2021 Notice of Case Management Conference
Filed by Clerk

**09/17/2021** Notice of Case Assignment - Unlimited Civil Case
Filed by Clerk

**09/17/2021** Civil Case Cover Sheet
Filed by F.M.G., Inc. dba Hadley Tow (Plaintiff)

**09/17/2021** Summons (on Complaint)
Filed by F.M.G., Inc. dba Hadley Tow (Plaintiff)

**09/17/2021** Complaint
Filed by F.M.G., Inc. dba Hadley Tow (Plaintiff)

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

### Proceedings Held (Proceeding dates listed in descending order)

**01/19/2022** at 08:30 AM in Department 69, William F. Fahey, Presiding
Order to Show Cause Re: Failure to File Proof of Service - **Held - Continued**

## REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

### Register of Actions (Listed in descending order)

**01/19/2022** at 08:30 AM in Department 69, William F. Fahey, Presiding
Order to Show Cause Re: Failure to File Proof of Service - **Held - Continued**

**01/19/2022** Minute Order ( (Order to Show Cause Re: Failure to File Proof of Service))
Filed by Clerk

**09/24/2021** Certificate of Mailing for (Department 69 Online Courtroom Information)
Filed by Clerk

**09/24/2021** Order to Show Cause Failure to File Proof of Service
Filed by Clerk

**09/24/2021** Notice of Case Management Conference
Filed by Clerk

**09/17/2021** Civil Case Cover Sheet
Filed by F.M.G., Inc. dba Hadley Tow (Plaintiff)

**09/17/2021** Summons (on Complaint)
Filed by F.M.G., Inc. dba Hadley Tow (Plaintiff)

**09/17/2021** Complaint
Filed by F.M.G., Inc. dba Hadley Tow (Plaintiff)

**09/17/2021** Notice of Case Assignment - Unlimited Civil Case
Filed by Clerk



# Notice of Service of Process

TV / ALL
**Transmittal Number: 24473341**
Date Processed: 02/15/2022

| | |
|---|---|
| **Primary Contact:** | SOP Team nwsop@nationwide.com<br>Nationwide Mutual Insurance Company<br>Three Nationwide Plaza<br>Columbus, OH 43215-2410 |
| **Electronic copy provided to:** | Ashley Roberts |
| **Entity:** | Nationwide Mutual Insurance Company<br>Entity ID Number  3277054 |
| **Entity Served:** | Nationwide Mutual Insurance Company |
| **Title of Action:** | F.M.G., Inc. DBA Hadley Tow vs. Nationwide Mutual Insurance Company |
| **Matter Name/ID:** | F.M.G., Inc. DBA Hadley Tow vs. Nationwide Mutual Insurance Company (12005462) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Los Angeles County Superior Court, CA |
| **Case/Reference No:** | 21STCV34356 |
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 02/14/2022 |
| **Answer or Appearance Due:** | 30 days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Law Offices of Neil C Evans<br>n/a |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com