JS6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| F.M.G., INC. dba HADLEY TOW, <br><br> PLAINTIFF, <br><br> v. <br><br> NATIONWIDE MUTUAL INSURANCE COMPANY, AND DOES 1 THROUGH 100, INCLUSIVE, <br><br> DEFENDANTS. | Case No. 2:22-cv-01728-RGK-KS <br><br> ~~(PROPOSED)~~ ORDER RE: STIPULATION OF THE PARTIES re: DISMISSAL OF ACTION [13] |

Having read and considered the stipulation of the Parties to this action, and finding good cause therefor,

**THE COURT HEREBY ORDERS AND DECREES** that the above-captioned action be, and hereby is, **DISMISSED WITH PREJUDICE**, with each of the Parties to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: May 12, 2022

_____
Hon. R. Gary Klausner
U.S. District Judge